

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00705-CR

Adam **AYALA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR1053
Honorable Philip A. Kazen, Jr., Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED September 3, 2014.

_____
Karen Angelini, Justice